UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT,<br>    Plaintiff, | :<br>: | CIVIL ACTION NO. |
| | : | 3:16-CV-00566 (JCH) |
| v. | : | |
| | : | |
| ARDEN L. BRIGHTLY-SANTANA,<br>    Defendant. | :<br>: | MAY 4, 2016 |

**RULING**

Defendant Arden L. Brightly-Santana ("Brightly-Santana") has removed this action from Connecticut Superior Court. Although Brightly-Santana states that "[t]his is a civil action," Notice of Removal at 2 (Doc. No. 1), in fact Brightly-Santana seeks to remove a criminal case in which the State of Connecticut has alleged that Brightly-Santana committed various motor vehicle offenses, see Connecticut v. Brightly-Santana, N23N-MV16-0099016-S (Conn. Super. Ct.) (pending case).[1] Under limited circumstances, defendants may remove criminal prosecutions from state court to federal court. See 28 U.S.C. §§ 1442, 1442a, 1443. However, Brightly-Santana did not originally invoke any of these statutory provisions in support of federal jurisdiction in this case, see Notice of Removal at 1 (Doc. No. 1) and, upon preliminary review, it did not appear to the court that any of these provisions apply.

In light of the foregoing, on April 15, 2016, the court ordered Brightly-Santana to show cause why this case should not be remanded to the state court from which it was removed. See Order (Doc. No. 9). Brightly-Santana timely responded. See Reply Aff. to Order to Show Cause (Doc. No. 13). While Brightly-Santana's response to the

---

[1] The docket sheet in Brightly-Santana's state court case is a "public record[ ] of which the court [can] take judicial notice." Mangiafico v. Blumenthal, 471 F.3d 391, 398 (2d Cir. 2006).

court's Order to Show Cause is extremely difficult to parse, it remains clear to the court that there is absolutely no basis to remove the pending action from state court, to this court.  The court hereby remands the case to the New Haven County Superior Court.

**SO ORDERED.**

    Dated at New Haven, Connecticut this 4th day of May, 2016.

                                                  /s/ Janet C. Hall  
                                                  Janet C. Hall  
                                                  United States District Judge